122 A.3d 1032

**Anthony JOHNSON, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, CRIMINAL DIV., JUDGE WILLIAM J. MAZZOLA et al., Respondents.**

**No. 86 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 16, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2015, the Application to Invoke Extraordinary Jurisdiction is **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filing to counsel of record and to strike the name of the jurist from the caption.